*Tierney & Tierney*

Attorneys at Law
409 Route 112
Port Jefferson Station, New York 11776
(631) 928-1444
Fax: (631) 928-5705

John J. Tierney, Esq.
Michael E. Tierney, Esq. (Retired)

Of Counsel:
Stephen A. Ruland, Esq.

June 4, 2020

Via ECF

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    Allstate Vehicle and Property Insurance Company v. Krzysztof Mars, et. al.
            Case No.:    20-cv-1158(JMA)(SIL)

Dear Honorable Azrack:

       Pursuant to this Courts Individual Rules Section IV B the undersigned counsel for Krzysztof Mars and Dorota Mars Individually and as parents and natural guardians of M.M., an infant, and Willie Moore and Ursula Moore Individually and as the parents and natural guardians of D.W.M. and D.D.M. infants in the above-captioned action hereby, upon consent of each defendants counsel, jointly respond to Plaintiff's letter for a pre-motion conference which seeks permission to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12 (c).

       At the outset we point out to the Court that the civil cover sheet for the Complaint filed by Plaintiff omitted any mention of a related action although Plaintiff's counsel was aware of the action. Accordingly Judge Hurley who has been presiding over the underlying case since May 25, 2018 (over two (2) years ago) has no idea that this action is pending. Also the Complaint fails to include the Order of Judge Hurley dated August 27, 2019 although it is referred to as an exhibit in the Complaint.

      The Answers filed by Defendants counsel include affirmative defenses of failure to state a cause of action, laches, waiver, estoppel, and unclean hands among other affirmative defenses. Given the above we will respectfully submit to the Courts direction on this matter.

      Very truly yours,

_____
STEPHEN A. RULAND (SR 2832)
TIERNEY & TIERNEY, ESQS.
409 Route 112
Port Jefferson Station, NY 11776
Stephen.ruland@tierneylaw.net
Attorneys for Defendants
**KRZYSZTOF MARS** and **DOROTA MARS,** Individually and as the parents and natural guardians of **M.M.**, an infant

/s/CHM

_____
CORY MORRIS, ESQ. (CM 5225)
LAW OFFICES OF CORY H. MORRIS
135 Pinelawn Road – Suite 250s
Melville, NY 11747
Cory.H.Morris@protonmail.com
Attorneys for Defendants
**WILLIE MOORE** and **URSULA MOORE,** individually and as the parents and natural guardians of **D.W.M**. and **D.D.M.** infants

cc:    All parties (ECF)

      LEWIS, JOHS, AVALLONE, AVILES, LLP (Via e-mail)
      KAREN M. BERBERICH, ESQ.
      kmberberich@lewisjohs.com
      Attorneys for Plaintiffs
      One CA Plaza – Suite 225
      Islandia, NY 11749