# Tierney & Tierney

Attorneys at Law
409 Route 112
Port Jefferson Station, New York 11776
(631) 928-1444
Fax: (631) 928-5705

John J. Tierney, Esq.
Michael E. Tierney, Esq. (Retired)

Of Counsel:
Stephen A. Ruland, Esq.

September 23, 2020

Via ECF
Honorable Denis R. Hurley
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    Re:    <u>Allstate Vehicle and Property Insurance Company v. Krzysztof Mars, et.al.</u>
           Case No.:    20-cv-1158 (DRH-AKT)

Dear Judge Hurley:

    My firm represents Defendant Mars in the above matter. This application is being made pursuant to this Court's Individual Rules of Practice Section 2.E.

    Presently Defendants opposition to Plaintiffs Rule 12 (c) motion was supposed to be served by September 28, 2020 pursuant to your Order of July 13, 2020. At this time, <u>on consent</u> of all parties Defendants <u>jointly</u> and respectfully request that Defendants time to serve opposition be extended to October 5, 2020. Further that Plaintiffs time to reply and file all papers be extended from October 13, 2020 to October 20, 2020. That there have been no prior requests for adjournments or extensions regarding Plaintiff's motion.

    Thank you for your consideration of our application.

Yours truly,

Stephen A. Ruland (SR2832)

SAR/lby

cc: All parties Via ECF
**LEWIS, JOHS, AVALLONE, AVILES, LLP**
Karen M. Berberich, Esq.
Attorneys for Plaintiffs
Allstate Insurance Company
One CA Plaza – Suite 225
Islandia, New York 11749
(631) 755-0101
(631) 755-0117 – Fax
LJAA: 0186.2552

**LAW OFFICES OF CORY H. MORRIS (CM5225)**
Attorneys for Defendants
Ursula Moore and Willie Moore
135 Pinelawn Road – Suite 250s
Melville, New York 11747
(631) 450-2515
(631) 223-7377 - Fax

**Yannacone & Yannacone, P.C.**
**Victor John Yannacone, Jr., Esq**. (VY6405), of counsel
(631) 475-0231